UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JANIS L. SAMMARTINO

| UNITED STATES OF AMERICA, | CASE NO.: 22-CR-1722-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| ALEXIS BENITO NUNO, | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently scheduled for October 28, 2022, be continued to **December 9, 2022, at 1:30 p.m.**

It is further ordered that the time between October 28, 2022, and December 9, 2022, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(A)(D), (h))1)(A)(G) and (h)(7)(A).

IT IS SO ORDERED.

Dated: October 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge